UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HOWARD HUNTER,<br><br>        Petitioner,<br><br>  vs.<br><br>SHERIFF OF SPOKANE COUNTY,<br><br>        Respondent. | NO. CV-08-017-FVS<br><br>ORDER DISMISSING PETITION |

By Order filed April 1, 2008, the court directed Mr. Hunter to comply with the *in forma pauperis* requirements of Rule 3(a)(2), Rules Governing Section 2254 Cases in the United States District Courts, or to pay the $5.00 filing fee for this action. Petitioner did not comply and has filed nothing further in this action.

Accordingly, for the reasons set forth above and in the court's previous Order (Ct. Rec. 5), **IT IS ORDERED** the Petition is **DISMISSED** without prejudice for failure to obey a court Order and failure to prosecute under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.** The District Court Executive is directed to

//

//

//

ORDER DISMISSING PETITION -- 1

enter this Order, enter judgment, forward a copy to Petitioner at his last known address and close the file.

**DATED** this 29th day of April 2008.

```
                          s/ Fred Van Sickle
                          FRED VAN SICKLE
                       UNITED STATES DISTRICT JUDGE
```

ORDER DISMISSING PETITION -- 2