AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Michael Howard Hunter

v.

Sheriff of Spokane County

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-17-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Petition is DISMISSED without prejudice for failure to obey a court Order and failure to prosecute under Fed. R. Civ. P. 41(b).

| | |
|---|---|
| April 29, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |